## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| **BANK OZK f/k/a BANK OF THE OZARKS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. 2:12-cv-00007-LGW** |
| ) | |
| **DANIEL RAYMOND COTY, JR. and** ) | |
| **JERRY ASHLEY MANCIL,** ) | |
| ) | |
| **Respondents.** ) | |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice with regard to Respondent Jerry Ashley Mancil. After careful consideration, and for good cause shown, the parties' motion is **GRANTED**. Respondent Jerry Ashley Mancil is dismissed from this action with prejudice, and fully discharged from any further liability or obligation under the judgment and execution previously entered herein.

SO ORDERED, This _3_ day of _May_, 2023.

_____
Honorable Lisa Godbey Wood
Judge, United States District Court
Southern District of Georgia